# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7161**                                             **September Term, 2023**

**1:22-cv-00289-JEB**

**Filed On: July 26, 2024** [2066715]

Eugene Hudson, Jr.,

      Appellant

   v.

American Federation of Government Employees,

      Appellee

## M A N D A T E

In accordance with the order of July 26, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                    BY:     /s/
                               Laura M. Morgan
                               Deputy Clerk

Link to the order filed July 26, 2024